LEWIS E. JONES v. CHICAGO GREAT WESTERN RAILWAY CO.[1]

January 23, 1896.

Nos. 9546—(92).

Appeal by plaintiff from an order of the municipal court of St. Paul, Twohy, J., denying a new trial. Affirmed.

*Lewis E. Jones*, for appellant.

*D. W. Lawler*, for respondent.

PER CURIAM: This case involves the same questions as the case of Faber v. Chicago Great Western Railway Co., 62 Minn. 433, 64 N. W. 918, and is ruled by it.

Order affirmed.